UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MAKAL BRUSAMTONE MAKFARSAN,
AKA, Michael McPherson

       Plaintiff,

  v.

FEDERAL GOVERNMENT, et al.,

       Defendants.

No.  1:26-cv-01022-KES-SAB (PC)

ORDER VACATING ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

(ECF Nos. 2, 7)

On February 5, 2026, Plaintiff a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 (ECF No. 1) and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 ("Section 1915") (ECF No. 2). On February 10, 2026, the Court granted Plaintiff's application to proceed in forma pauperis. (ECF No. 7.) As Plaintiff has at least three "strikes" under Section 1915(g), the order granting leave to proceed in forma pauperis (ECF No. 7) will be vacated.

As a state prisoner, Plaintiff is subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action ... under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails

1

to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

On the form complaint, Plaintiff indicates that he was filed ten previous lawsuits.  (ECF No. 1 at 2.)  The Court takes judicial notice[1] of the following three prior lawsuits filed by Plaintiff in this district: (1) McPherson v. Barr, No. 2:20-cv-01206-JAM-EFB (E.D. Cal.) (dismissed as frivolous on November 4, 2020); (2) McPherson v. Newman, No. 2:24-cv-00354-KJM-CSK (E.D. Cal.) (dismissed for failure to state a claim on February 21, 2025); (3) McPherson v. Carpenter, No. 2:25-cv-00202-DC-CSK (E.D. Cal.) (dismissed for failure to state a claim on September 8, 2025).

A dismissal for a failure to state a claim or as frivolous is a strike for purposes of 28 U.S.C. § 1915(g). Moore v. Maricopa Cnty. Sheriff's Office, 657 F.3d 890, 893-94 (9th Cir. 2011). Because Plaintiff has incurred at least three prior "strikes," and each was dismissed prior to the commencement of the current action on February 5, 2026, Plaintiff is subject to the section 1915(g) bar. Moreover, he is precluded from proceeding in forma pauperis in this action unless, at the time he filed his complaint, he was under imminent danger of serious physical injury. See Andrews v. Cervantes, 493 F.3d 1047, 1052-53 (9th Cir. 2007).

The Court has reviewed Plaintiff's complaint and finds that his allegations do not satisfy the imminent danger exception to Section 1915(g). Andrews, 493 F.3d at 1053−55.  Plaintiff's complaint is very difficult to decipher but appears to assert a religious claim against the Federal Government and Attorney General Rob Bonta.  (ECF No. 1.)  There are no allegations in the complaint that Plaintiff was in any imminent danger of serious physical injury at the time the complaint was filed. (ECF No. 1.) Thus, Plaintiff has not satisfied the exception from the "three strikes" bar under 28 U.S.C. § 1915(g), and Plaintiff must pay the $405.00 filing fee if he wishes to litigate this action.

Accordingly, the Court hereby VACATES the order granting Plaintiff's application to proceed in forma pauperis (Doc. 7).

///

---

[1] The Court may take judicial notice of court records. United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

Further, it is HEREBY RECOMMENDED that:

1. The motion to proceed in forma pauperis (ECF No. 2) be DENIED, pursuant to 28 U.S.C. § 1915(g); and

2. Plaintiff be ORDERED to pay the $405.00 initial filing fee in full to proceed with this action.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court, limited to 15 pages in length, including exhibits.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:    **March 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

3